**ORAL ARGUMENT NOT YET SCHEDULED**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NORTHWESTERN CORPORATION, ) <br> ) <br> *Petitioner,* ) <br> ) <br> v. ) <br> ) <br> FEDERAL ENERGY REGULATORY ) <br> COMMISSION, ) <br> ) <br> *Respondent.* ) <br> --------------------------------------------- ) <br> ) <br> MONTANA CONSUMER COUNSEL, ) <br>   et al., ) <br> ) <br> *Intervenors.* ) | Case No. 16-1176 |

**JOINT NOTIFICATION OF THE MONTANA PUBLIC SERVICE COMMISSION AND THE MONTANA CONSUMER COUNSEL CONCERNING INTERVENOR PARTICIPATION ON BEHALF OF PETITIONER AND PROPOSED ISSUES**

The Montana Public Service Commission ("PSC") and the Montana Consumer Counsel ("MCC"), both agencies of the State of Montana,[1] jointly submit their notification of their intention to participate on behalf of Petitioner, NorthWestern Corporation, and their statement of issues they propose to brief. The PSC and the MCC submit this notification as required by the Court's order of September 19, 2016, granting the PSC's motion to intervene. In relevant part, that

---

[1] *See* § 69-1-102, Mont. Code Ann. (creating Public Service Commission); Mont. Const. Art.XIII § 2, § 69-2-201 *et seq.* (Consumer Counsel).

order required "Any intervenor(s) intending to participate in support of petitioner must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s)."

Based on the record before the Federal Energy Regulatory Commission ("FERC") in the proceedings below, the PSC and the MCC believe that they are the only intervenors likely to be aligned in any respect with Petitioner NorthWestern Corporation ("NorthWestern") in briefing before this Court. The issues that the PSC and the MCC propose to address correspond essentially to Issues A and D set forth in the preliminary, non-binding statement of issues submitted by NorthWestern on July 11, 2016. The PSC and the MCC would state the issues they propose, subject to the Court's authorization, to address as follows:

1. Whether FERC unreasonably limited NorthWestern's recovery of the capacity costs of the Dave Gates Generating Station through charges for providing regulation ancillary service in light of the PSC's findings that the construction of that facility was necessary to enable NorthWestern to comply with its obligations as a Balancing Authority; and

2. Whether FERC unreasonably refused to allow NorthWestern to recover separately the costs of providing regulation "down" service.

      The PSC and the MCC necessarily reserve the ability to adjust their participation in light of issues actually raised, and arguments actually advanced, in briefing by the parties and intervenors.  Based on the state of the record and the information presently available to them, the foregoing statement of proposed issues accurately summarizes the issues the PSC and the MCC propose to raise in this proceeding.

                      Respectfully submitted,

| | |
|---|---|
| */s/ Justin W. Kraske* | */s/ John P. Coyle* |
| _____ | _____ |
| Justin W. Kraske (Cir. Bar No. 59871) | John P. Coyle (Cir. Bar No. 32182) |
| Chief Legal Counsel | Duncan & Allen |
| Montana Public Service Commission | 1730 Rhode Island Avenue, N.W. |
| 1701 Prospect Avenue | Suite 700 |
| Helena, Montana  59601 | Washington, D.C.  20036-3115 |
| Telephone:  (406) 444-6376 | Telephone:  (202) 289-8400 |
| Facsimile:  (406) 444-7618 | Facsimile:  (202) 289-8450 |
| Email:  jkraske@mt.gov | Email:  jpc@duncanallen.com |
| | |
| Counsel for the | Counsel for the |
| Montana Public Service Commission | Montana Consumer Counsel |

Dated at Washington, D.C.
this 30th day of September, 2016.

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NORTHWESTERN CORPORATION, )<br>)<br>*Petitioner,* )<br>)<br>v. )<br>)<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION, )<br>)<br>*Respondent.* )<br>---------------------------------------------- )<br>MONTANA CONSUMER )<br>COUNSEL, *et al.*, )<br>*Intervenors.* ) | Case No. 16-1176 |

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25 and Circuit Rule 25(d), I certify that I have this 30th day of September, 2016, served the foregoing via electronic mail through the Court's CM/ECF filing system on all registered parties as follows:

Thorvald A. Nelson
Michelle Brandt King
Holland & Hart LLP
6380 South Fiddlers Green Circle
Suite 500
Greenwood Village, Colorado  80111

John Stewart Moot
John L. Shepherd, Jr.
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, N.W.
Washington, D.C.  20005

Christina F. Gomez
Holland & Hart LLP
555 Seventeenth Street
Suite 3200
Denver, Colorado  80202

Robert H. Solomon, Solicitor
Holly E. Cafer, Attorney
Federal Energy Regulatory
　Commission
888 First Street, N.E.
Washington, D.C.  20426

Kathleen L. Mazure, Esq.
Natalie M. Karas, Esq.
Duncan, Weinberg, Genzer &
　Pembroke PC
1615 M Street, N.W., Suite 800
Washington, D.C.  20036

*/s/ John P. Coyle*

_____
John P. Coyle (Cir. Bar No. 32182)
Duncan & Allen
1730 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C.  20036-3115
Telephone:  (202) 289-8400
Facsimile:  (202) 289-8450
Email:  jpc@duncanallen.com

Counsel for the
Montana Consumer Counsel

Dated at Washington, D.C.
this 30th day of September, 2016.

2